IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION


SAMUEL C. JENNINGS                                                        PLAINTIFF


v.                            NO. 1:17-cv-00006 PSH


NANCY A. BERRYHILL, Acting Commissioner                  DEFENDANT
of the Social Security Administration


JUDGMENT


Pursuant to the Memorandum Opinion and Order entered this day, judgment is

entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 2nd day of October, 2017.



_____
UNITED STATES MAGISTRATE JUDGE